**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Bonita Campbell, et al.,<br>Plaintiff(s),<br>v.<br>Joseph Benson, M.D., et al.,<br>Defendant(s). | Case No. 2:26-cv-01808-MMD-NJK<br>**Scheduling Order**<br>[Docket No. 14] |

Pending before the Court is a proposed discovery plan seeking entry of the presumptively reasonable case management schedule. Docket No. 14.

## I. CASE MANAGEMENT DEADLINES

In accordance with the schedule proposed by the parties, the Court **SETS** case management deadlines as follows:

- Initial disclosures: September 16, 2026
- Amend pleadings/ add parties: November 24, 2026
- Initial experts: December 28, 2026
- Rebuttal experts: January 27, 2027
- Discovery cutoff: February 22, 2027
- Dispositive motions: March 24, 2027
- Joint proposed pretrial order: April 23, 2027, or 30 days after resolution of dispositive motions

The case management deadlines are not to be considered tentative in nature. The Court intends to enforce the case management deadlines absent a proper showing that modification is warranted, even if that request is presented jointly or by stipulation.

## II. DISCOVERY MOTIONS

Seeking judicial intervention on discovery disputes is *strongly discouraged*. The Court does not generally entertain requests for informal resolution of discovery disputes, so discovery disputes must ordinarily be presented through proper motion practice. Such motion practice must include a statement certifying that counsel could not satisfactorily resolve the matter after personal consultation and sincere effort to do so. The parties and counsel are warned that there is a presumption that reasonable expenses—including attorneys' fees—will be awarded to the victor of a discovery motion. The Court will not hesitate to impose such awards as warranted given their intended deterrent purpose.

Discovery motions must be filed without undue delay. In addition, absent unusual circumstances, the Court will not consider discovery motions filed more than 14 days after the discovery cutoff.

## III. LATER-APPEARING PARTIES

Any later appearing party must serve initial disclosures within 21 days of that party's first appearance in the case. The case management deadlines set forth above otherwise apply to any later appearing party as currently set, unless a request to modify those deadlines is filed and granted by the Court.

## IV. CONCLUSION

The pending discovery plan is **GRANTED** as stated above.

IT IS SO ORDERED.

Dated: September 14, 2026

Nancy J. Koppe
United States Magistrate Judge