**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONITA CAMPBELL, as Special Administrator of the Estate of QUINTON REESE, deceased, QUINTON REESE, and NAALIYAH REESE, as heir of QUINTON REESE,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH BENSON, M.D., an individual; JUSTIN VOSS, M.D., an individual; LORENZO VILLEGAS, APRN, an individual,<br><br>Defendants. | CASE NO.: 2:26-cv-01808-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Plaintiffs BONITA CAMPBELL, as Special Administrator of the Estate of QUINTON REESE, deceased, and NAALIYAH REESE, as heir of QUINTON REESE (collectively "Plaintiffs"), by and through their counsel of record, Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants JOSEPH BENSON, M.D., JUSTIN VOSS, M.D., and LORENZO VILLEGAS, APRN (collectively "Defendants"), by and through their counsel of record, Rudolf M. D'Silva, Senior Deputy Attorney General, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint in this action on June 12, 2026 (ECF No. 1). Defendants filed their Answer to Plaintiffs' Complaint on August 24, 2026 (ECF No. 11).

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and due to an issue of subject matter jurisdiction the State of Nevada has raised in similar cases which is unsettled, the parties stipulate and agree that this action, including all claims asserted against all Defendants, shall be dismissed in its entirety <u>without prejudice</u> such that this action can be re-filed in state court.

3. In relation to this federal proceeding only, the parties have chosen not to pursue attorney's fees and costs. Nothing in this Stipulation shall be construed to vacate, waive, release, or otherwise affect any claim for attorney's fees or costs that may be asserted in any subsequently filed action.

**IT IS SO STIPULATED.**

DATED: October 27, 2026

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

DATED: October 27, 2026

*/s/ Rudolf M. D'Silva*

**AARON D. FORD**
Attorney General
**RUDOLF M. D'SILVA (Bar No. 16227)**
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
rdsilva@ag.nv.gov
*Attorneys for Defendants Joseph Benson, M.D., Justin Voss, M.D., and Lorenzo Villegas, APRN*

**ORDER**

**IT IS SO ORDERED.**
DATED this 27th day of October, 2026.

**UNITED STATES DISTRICT JUDGE**